**Gloria SERRANO, Appellant/Employee,**

v.

**GENERAL MOTORS, Respondent/Employer,**

and

**Missouri State Treasurer, Custodian of the Second Injury Fund, Respondent/Additional Party.**

No. ED 78898.

Missouri Court of Appeals, Eastern District, Division Three.

Aug. 28, 2001.

Edward A. Gilkerson, St. Louis, MO, for appellant.

Daniel J. Harlan, Harlan & Harlan, St. Louis, MO, for Respondent General Motors.

Jeremiah W. (Jay) Nixon, Attorney General, Jefferson City, Caroline M.C. Bean, Assistant Attorney General, St. Louis, MO, for Respondent Second Injury Fund.

Before RICHARD B. TEITELMAN, P.J., GARY M. GAERTNER, SR., J. and CLIFFORD H. AHRENS, J.

## ORDER

PER CURIAM.

Gloria Serrano (Claimant) appeals from a final award of workers' compensation benefits entered by the Labor and Industrial Relations Commission. We have reviewed the briefs of the parties and the record on appeal. The Commission's award is supported by competent and substantial evidence on the whole record, and no error of law appears. An extended opinion would have no precedential value. We affirm the award pursuant to Rule 84.16(b).